UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -versus-

VICTOR MARTINEZ,

        Defendant.

06 Cr. 591 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received Mr. Martinez's motion for early release.  (Dkt. no. 351.)  The Government shall respond to Mr. Martinez's motion by no later than July 24, and Mr. Martinez may submit a reply by no later than July 31.  The Clerk of the Court shall mail a copy of this order to Mr. Martinez.

**SO ORDERED.**

Dated:   July 17, 2020
       New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.