UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-versus-<br><br>VICTOR MARTINEZ,<br><br>Defendant. | 06 Cr. 591 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Martinez's letter stating that he never received a copy of the Government's opposition to his motion for early release (dkt. no. 355) and the Government's letter explaining that it failed to mail Mr. Martinez a copy of its opposition (dkt. no. 356).  Mr. Martinez's time to reply to the Government's opposition is extended to August 28.  The Clerk of the Court shall mail a copy of this order to Mr. Martinez.

**SO ORDERED.**

Dated:  August 3, 2020
       New York, New York

                                                *Loretta A. Preska*
                                              _____
                                              LORETTA A. PRESKA, U.S.D.J.