```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    06-CR-591 (LAP)
          -v.-                      :
                                    :         ORDER
VICTOR MARTINEZ,                    :
                                    :
               Defendant.           :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the pro se letter filed by Defendant Victor Martinez in the above-captioned case requesting this Court grant him early release from supervised release (dkt. no. 362) and his supplemental letter including the case number (dkt. no. 363). The Government shall respond to Defendant's letter request by April 21, 2025. Mr. Martinez may submit any reply by May 19, 2025. The Clerk of the Court shall mail a copy of this Order to Mr. Martinez.

**SO ORDERED.**

Dated:   New York, New York
         March 25, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge